in the consideration or decision of this petition.

No. 03–1456. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK v. NORTON. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–9913. THROUMOULOS v. WAL-MART STORES, INC. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1242. IN RE HOLBROOK, 541 U. S. 1029;
No. 03–8316. WELDON v. CALIFORNIA, 541 U. S. 909;
No. 03–8780. CHANDLER v. SMITH, WARDEN, 541 U. S. 991;
No. 03–9054. BALLARD v. BRAXTON, WARDEN, 541 U. S. 1013;
No. 03–9200. WOODRUFF v. MAINE DEPARTMENT OF HUMAN SERVICES, 541 U. S. 1033; and
No. 03–9217. IN RE MENDEZ, 541 U. S. 986. Petitions for rehearing denied.

### JUNE 28, 2004

No. 03–69. VYTRA HEALTHCARE ET AL. v. CICIO, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF CICIO. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Aetna Health Inc.* v. *Davila, ante,* p. 200.

No. 03–357. ADAMS, WARDEN, ET AL. v. BRAMBLES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pliler* v. *Ford, ante,* p. 225.

No. 03–520. PLILER, WARDEN v. HUNT. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pliler* v. *Ford, ante,* p. 225.

No. 03–649. CIGNA HEALTHCARE OF FLORIDA v. LAND ET UX. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Aetna*

*Health Inc.* v. *Davila, ante,* p. 200.